Frank M. Bogert, Respondent, v. The Board of Education of the City of New York, Appellant. (Action No. 2.) — Interlocutory judgment affirmed, with costs. No opinion. Bartlett, Jenks, Hooker, Rich and Miller, JJ., concurred.

Louis Bossert and John Bossert, Appellants, v. Amalie Seldner, Respondent, Impleaded with Frederick N. Dubois and Others, Composing the Firm of F. N. Dubois & Company, and George Haefner, Appellants, and Others, Defendants.— Judgment modified by inserting a provision that the defendant Seldner recover of the plaintiffs her costs in the action, exclusive of the referee's and stenographer's fees upon the reference, and also inserting a provision that such fees be paid by the defendants Seldner and Haefner. Judgment as modified affirmed, without costs. No opinion. Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ., concurred.

Louis Brandt, an Infant, by Margaret Brandt, His Guardian ad Litem, Appellant, v. American Railway Traffic Company, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ., concurred.

Henry Brimberg, Respondent, v. Edgar B. Newman, etc., Appellant.— Judgment of the Municipal Court, affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Bernard Briody, as Administrator, etc., of John Briody, Deceased, Appellant, v. Edward F. Milliken and Foster Milliken, Composing the Firm of Milliken Brothers, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Bartlett, Jenks, Hooker and Miller, JJ.

Max Byron, as Administrator, etc., of Abram Byron, Deceased, Respondent, v. Michael Berschatsky, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Bartlett, Jenks, Hooker and Miller, JJ.

Thomas Cahill, as Administrator, etc., of Thomas P. Cahill, Deceased, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment modified by striking out the provision for an extra allowance on the ground of want of authority in the trial court to grant the same and judgment as modified and order unanimously affirmed, without costs. No opinion. Present — Hirschberg, P. J., Bartlett, Woodward, Jenks and Rich, JJ.

William Callahan, Respondent, v. Samuel Shaw, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, for the error in the exclusion of evidence on pages 8 and 9 of the stenographer's minutes, designed to prove that the plaintiff was employed under an agreement for compensation by the other prospective contracting party. Hirschberg, P. J., Bartlett, Woodward, Jenks and Hooker, JJ., concurred.

Bridget Conroy, as Administratrix, etc., of Michael Conroy, Deceased, Appellant, v. Samuel I. Acken and Others, Defendants, and the Pelham Operating Company, Respondent.— Judgment reversed and new trial granted, costs to abide the event, on the ground that the question in whose service the respondent's engineer was engaged at the time of the accident should have been submitted on the proof to the jury. Hirschberg, P. J., Bartlett, Jenks, Rich and Miller, JJ., concurred.

Harry S. Crawford, Respondent, v. Philip Manger and Augusta Manger, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Bartlett, Woodward, Hooker, Rich and Miller, JJ., concurred.

John J. Cullen, Respondent and Appellant, v. William E. Uptegrove & Brother, Appellant and Respondent.— Order affirmed, without costs. No opinion. Hirschberg, P. J., Bartlett, Jenks, Rich and Miller, JJ., concurred.

The Dime Savings Bank of Brooklyn, Plaintiff, v. Nathaniel Marsh and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Bartlett, Woodward, Jenks and Rich, JJ., concurred.

Far Rockaway Bank, Respondent, v. George W. Smith and Franklin C. Norton, Appellants.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Bartlett, Woodward, Jenks and Rich, JJ., concurred.

Patrick Fogarty, Appellant, v. General Chemical Company, Respondent. John Fleming, Appellant, v. General Chemical Company, Respondent.— Judgment and order in each case reversed and new trial granted, costs to abide the event, for error at folio 231 of the case on appeal, in instructing the jury that they could not find for the plaintiffs unless they found that the hooks in question were bent or broken. This instruction, in our judgment, limited the issue to a narrower